| Date | Pleading Number | |
|---|---|---|
| 5/30/72 | 1. | U.S.A. motion to consolidate 7 actions (6 N.D. Cal. & 1 D. Alaska) in the District of Alaska for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. w/brief and Cert. of ser. |
| 6/13/72 | 2 | CHAIRMAN OF PLAINTIFFS' DISCOVERY COMMMITTEE (Donald W. Madole) Response in opposition to the motion of U.S.A. |
| 6/19/72 | 3 | ALASKA AIRLINES defendant, response to motion to transfer w/cert of service. |
| 6/19/72 | 4 | Plaintiffs (C-72-546 PMH, C-71-1918, C-71-1730) C-1729) and (C-71-1861) N.D. Calif response to motion |
| 6/20/72 | | CHERYL ELLEN NULL V. U.S.A., W.D. WASH., 390-72C2 Order to Show Cause entered. Notified counsel, involved judge. |
| 6/21/72 | 5 | RESPONSE OF WILLAM A. PARSONS, ETC. to motion. w/cert. of service |
| 6/26/72 | 6 | Plaintiffs NULL, etc. response to Motion to transfer w/cert of service. |
| 6/26/72 | 7 | Alaska Airlines motion for leave to file supplemental response Supplemental Response w/certificate of service. |
| 6/26/72 | | Letter statement of Gerald O'Connors on behalf of plaintiff Selah A. Ounallah, deceased |
| 7/3/72 | | Sent HEARING ORDER to counsel involved; judges involved, for July 28 hearing in Denver, Colorado. Also notified Court |
| 7/5/72 | | reporter, hearing clerk. |
| 7/5/72 | | RESPONSE TO MOTION TO TRANSFER of Plaintiff Zerck (interested party in an action filed in Superior Court of the State of Washington. |
| 7/10/72 | 8 | RESPONSE TO MOTION TO TRANSFER for Ali Aunalla (pl.) |
| 7/18/72 | 9 | RESPONSE TO MOTION TO TRANSFER United States of America w/certificate of service (only copies; no original) |
| 7/28/72 | 10 | Pltfs. - Richard C. Adams, L.D. and Cathy Beach and Medora Kessner Opposition of plaintiffs to transfer to any District other than the Northern District of California Affidavit of Service |
| ~~7/7/72~~ | ~~11~~ | ~~See HARRIS, KERR, FORSTER & CO., ------ RESPONSE TO MOTION & SCO.~~ |
| 11/17/72 | | OPINION AND ORDER - Consolidating litigation (A-1 through B-1) in the Northern District of California and assigning litigation to Judge Pierson M. Hall for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 11/17/72 | | consent of transferee court (Chief Judge Oliver J. Carter) for Judge Peirson M. Hall to handle litigation |
| 11/21/72 | | Phillips v. USA, W.D.Wash, 676-72C2; Mills v. U.S.A., W.D. Wash, 677-72C2; Mills v. USA, W.D. Wash, 678-72C2; Mills v. U.S.A., W.D. Wash 679-72C2; Phillips v. USA, W.D. Wash., 680-72C2; Adams v. U.S.A. W.D. Wash. 563-72C2 Beach, etc. v. USA, W.D. Wash.; 564-72C2; Johrson, etc. v. USA, W.D. Wash., 72C2;Kessner v. USA, W.D.Wash, 567-72C2; Berg v. USA, W.D.Wash 72 - 72C2; Hilla v. USA, W.D.Wash 568-72C2; Sanborn v. USA, W.D.Wash, 711-72C2; Zerck v. USA, W.D. Wash, 647-72C2; Hartland, etc v.Alaska Airlines, C.D. Calif., 72-2386; Kauzor, etc. v. Alaska Airlines C.D. Calif., XXXXXXXXX 72-2090-PH CTo entered today. Notified counsel, involved judge. |
| 11/27/72 | | CONDITIONAL TRANSFER ORDERS ENTERED C-16 through C-26. Notified counsel, involved judges. |

| Date | Pleading Number | |
|---|---|---|
| 12/7/72 | | KAREL D. ADAMS V. U.S.A., W.D.WASH. 563-72C2 |
| | | ERROL D. BEACH V. U.S.A., W.D.WASH 564-72C2 |
| | | RICHARD C. JOHNSON v. U.S.A., W.D.WASH 566-72C2 |
| | | MEDORA I. KESSNER V. U.S.S., W.D.WASH 567-72C2 |
| | | LEONARD R. HILLA V. U.S.A., W.D.WASH 568-72C2 |
| | | ARLENE L. BERG V. U.S.A., W.D. WASH 672-72C2 |
| | |    CTO final today. Notified transferee clerk, transferee judge transferor judges and clerk |
| 12/7/72 | | MARTHA SUSAN GOLUB, ETC. V. U.S.A., ALASKA, J-23-72 |
| | |    CTO entered today. Notified counsel, transferee judge, transferor judge. |
| 12/13/72 | | SANBORN, V. U.S.A, W.D.WASH, 711-72C2 |
| | | ZERCK v. U.S.A., W.D. WASH, 647-72C2 |
| | | PHILLIPS, ETC. V. U.S.A., W.D.WASH, 676-72C2 |
| | | MILLS V. U.S.A., W.D. Wash, 677-72C2 |
| | | MILLS V. U.S.A., W.D. WASH, 678-72C2 |
| | | MILLS V. U.S.A., W.D. WASH, 679-72C2 |
| | | PHILLIPS V. U.S.A., W.D.WASH, 680-72C2 |
| | | HARTLAND, V. ALASKA AIRLINES, C.D.CAL., 72-2386 |
| | | KAUZOR V. ALASKA AIRLINES, 72-2090, C.D. CAL |
| | | CARSON V. U.S.A., W.D.WASH., 549-72C2 |
| | | HAGMEIER V. U.S.A., D. ALASKA J-20-72 |
| | | BRUCE V. U.S.A., Alaska J-21-72 |
| | | RYAN v. U.S.A., Alaska J-10-72 |
| | | RYAN V. U.S.A., ALASKA, J-11-72 |
| | | GEER V. ALASKA AIRLINES, J-13-72, ALASKA |
| | | HULK V. ALASKA AIRLINES, ALASKA, J-14-72 |
| | | CENTRAL TRUST CO., V. ALASKA AIRLINES, ALASKA J-15-72 |
| | | CENTRAL TRUST CO. V. ALASKA AIRLINES, ALASKA J-17-72 |
| | | HAGMEIER, ETC. V. U.S.A., ALASKA, J-19-72 |
| | | HULK V. ALASKA AIRLINES, ALASKA J-16-72 |
| | |    CTOs final today. Notified transferee judge, clerk, transferor clerk |
| 12/27/72 | | GOLUB V. U.S.A., Alaska, No. J-23-72 |
| | |    CTO final today. Notified transferee judge, clerk, transferor judge and clerk |
| 1/19/73 | | PATRICIA HARTLAND, ETC. V. ALASKA AIRLINES, ET AL., C.D. CAIF 72-2602-PH - CTO entered today. Notified counsel, involved judges. |
| 2/6/73 | | PATRICIA HARTLAND, ETC. V. ALASKA AIRLINES, ET AL., C.D.CAL 72-2602-PH |
| | |    CTO final today. Notified clerk, involved judge |
| 4/6/73 | | RALPH SOUTHERLAND, VICTORIA L. MCFALL, NILE SMITH, AGNES NICHOLS, SYLVIA A. MEEK,S, ELIZABETH CORDLE AMOS LANE V. ALASKA AIRLINES D. Alaska, Consolidated Civil Action No. A-55-73 |
| | |    Order to Show Cause Entered today. Notified counsel Judge Hall |
| 4/20/73 | | ALASKA AIRLINES V. JUANITA HARTLAND, ETC., ET AL., D. ALASKA, 72-1587 - CTo entered today. Notified counsel, involved judges. |
| 4/23/73 | 11 | MEEKS & CORDEL response to order to show cause in SOUTHERNLAND, ET AL. v. ALASKA AIRLINES, D. Alaska, Civil Action No. A-55-73 |
| 5/3/73 | | BEATRICE A. SEVERSON, ETC. V. UNITED STATES OF AMERICA, W.D.WASH, 276-73C2 |
| | |    CTO entered today. Notified counsel, involved judges. |

| Date | Pleading Number | |
|---|---|---|
| 5/7/73 | | RALPH SOUTHERLAND ET AL. V. ALASKA AIRLINES, D. ALASKA, CIVIL ACTION NO., 55-73 <br> HEARING ORDER - Setting the above action for hearing in New York on May 24, 1973 |
| 5/8/73 | | ALASKA AIRLINES, INC. V. JUANITA HARTLAND, ETC., D. ALASKA, A-64-73CIV <br> CTO Final today. Notified transferee clerks, judge, transferor clerk |
| 5/21/73 | | BEATRICE A. SEVERSON, ETC. V. U.S.A., W.D.WASH., 276-73C2 <br> CTO final today. Notified clerks, involved judges. |
| 5/30/73 | | PATRICIA A. CORNELIUS, ETC. V. ALASKA AIRLINES, ET AL., S.D. CALIF. <br> C.A. No. 72-354-GT - CTO entered today. Notified judges, involved counsel |
| 6/14/73 | | PATRICIA A. CORNELIUS, ETC. V. ALASKA AIRLINES, ET AL., S.D.CALIF <br> C.A. No. 72-354=GT CTO final today. Notified clerks and judges |
| 7/5/73 | | RALPH SOUTHERLAND ET AL. V. ALASKA AIRLINES, D. ALASKA, 55-73 <br> OPINION AND ORDER transfer action to N.CALIF. for assignment to Judge Hall. |
| 7/10/73 | | CHERYL ELLEN NULL V. COLLINS RADIO, INC., W.D.WASH 408-73C2 <br> CTO entered today. Notified counsel, involved judges |
| 7/27/73 | | CHERYL ELLEN NULL V. COLLINS RADIO, INC., W.D. WASH 408-73C2 <br> CTO final today. Notified clerks, involved judges. |
| 8/14/73 | | CHERYL ELLEN NULL V ALASKA AIRLINES, W.D. WASH 459-73C2 <br> CTO entered today. Notified liaison counsel, involved judges. |
| 8/22/73 | | HARVARD BROWN, ET AL. V. ALASKA AIRLINES, ET AL., D. ALASKA, <br> N-3-73 Civ - CTO entered today. Notified counsel, involved judges. |
| 8/30/73 | | CHERYL ELLEN NULL V. ALASKA AIRLINES, W.D.WASH, 49-73C2 <br> CTO final today. Notified transferee clerk, transferor clerk involved judges. |
| 9/7/73 | | HARVARD BROWN, ET AL. V. ALASKA AIRLINES, D. ALASKA, N-3-73-Civ <br> CTO final today. Notified transfere clerk, judge, transfeor judge, clerk |
| 9/19/73 | | HARVARD BROWN V. COLLINS RADIO CO., W.D. WASH, 502-73C2 <br> DOROTHY M. ZERCK, ETC. V. ALASKA AIRLINES, W.D.WASH, 533-73C2 <br> DOROTHY M. ZERCK, ETC. V. COLLINS RADIO CO., W.D.WASH, 534-73C2 <br> P. A. CORNELIUS, ETC. V. U.S.A., S.D.CAL., 73-339-T <br> CTOs entered today. Notified counsel, involved judges. |
| 10/5/73 | | BROWN V. COLLINS RADIO, W.D.WASH. 502-73C2 <br> ZERCK V. ALASKA AIRLINES, W.D.WASH 533-73C2 <br> ZERCK V COLLINS RADIO, W.D.WASH 534-73C2 <br> CORNELIUS V. U.S.A., S.D.CALIF., 73-339-T <br> CTOs effective today. Notified transferee clerk, transferee judge transferor clerks and judges. |
| 11/12/73 | | Walter Morris, Adm. v. Alaska Airlines, Inc., D. Alaska, N-4-73 <br> Elizabeth Cordle, Adm. v. Collisn Radio Co., et al., Alaska, A-152-73 Civ <br> CTOs entered today. Notified counsel, involved judge. |
| 11/29/73 | | Walter Morris, Adm. v. Alaska Airlines, D. Alaska, N-4-73 <br> Elizabeth Cordle, Adm. v. Collins Radio Co., Alaska, A-152-73-Cv <br> CTOs final today. Notified clerk, involved judges. |
| 12/10/73 | | Flood v. Alaska Airlines, D. Alaska, A-143-73 <br> Rude v. Alaska Airlines, D. Alaska, A-140-73 <br> Walter v. Alaska, Airlines, D. Alaska, A-142-73 <br> CTOs entered today. Notified service counsel, involved judges. |

| Date | Pleading Number | |
|---|---|---|
| 12/26/73 | | Flood v. Alaska Airlines, D. Alaska, A-143-73 |
| | | Rude v. Alaska Airlines, D. Alaska A-140-73 |
| | | Walter v. Alaska Airlines, D. Alaska A-142-73 |
| | | CTOs final today. Notified clerks, involved judge/ |
| 1/4/74 | | Bruce v. Alaska Airlines, Alaska A-184-73 |
| | | Hagmeier v. Alaska Airlines, Alaska, A-185-73 |
| | | Hagmeier v. Alaska Airlines, Alaska, A-186-73 |
| | | CTOs entered today. notified involved judges, counsel |
| 1/22/74 | | Bruce v. Alaska Airlines, A-184-73 |
| | | Hagmeier v. Alaska Airlines, A-186-73 |
| | | Hagmeier v. Alaska Airlines, A-185-73 |
| | | CTO final today. Notified transferee clerk, involved judge. |
| 2/6/74 | | HARVARD BROWN V. ALASK U.S.A., D. ALASKA, N74-1 |
| | | CTO entered today. Notified involved counsel, involved jduge |
| 2/21/74 | | JAMES J. FLOOD V. U. S.. A-74-9, D. Alaska |
| | | CTO entered today. Notified service counsel, involved judge |
| 2/22/74 | | HARVARD BROWN V. UNITED STATES OF AMERICA, D. ALASKA, N-74-1 |
| | | cto final today. Notified clerks, involved judges. |
| xxxxxxxxxxxxxxx | | HARVARDxBROWNxVxxUNITEDxSTATESxOFxAMERICAxxDxxALASKAxxNxxAxxxx |
| 3/11/74 | | JAMES J. FLOOD V. U. S. A., D. ALASKA, A-74-9 |
| | | CTO FINAL today. Notified clerks, involved judges. |
| 5/14/74 | | FIREMANS FUND INS. CO. V. U.S.A., C.D.CAL, 73-3025 |
| | | CTO entered today. Notified service counsel, involved judges. |
| 5/30/74 | | FIREMANS FUND INS CO. V. U.S.A., C.D.CAL 73-3025 |
| | | CTO final today. Notified clerks, involved judges. |

Opinion Order of Dec 31, 1973

DOCKET NO. 107 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Closed Sep 6, 1979

## Description of Litigation

IN RE AIR CRASH DISASTER AT JUNEAU, ALASKA ON SEPTEMBER 4, 1971

ALL ACTIONS TRANSFERRED TO C.D. CALIFORNIA, J. Hall, 28 U.S.C. §1406(b). June 12, 1975

Summary of Panel Action

Date(s) of Hearing(s) 7/28/72  350 F.Supp. 1163  2/5/73

Date(s) of Opinion(s) or Order(s) 11/17/72

Consolidation Ordered ✓       Name of Transferee Judge  Pierson M. Hall

Consolidation Denied _____     Transferee District  N.D. Calif. (971)  C.D. CALIFORNIA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 ✓ | Ali Aunalla, etc. v. Alaska Airlines, et al. | N.D.Cal. | C-71-2363-PMH | | | 12/17/73 | CV75-2141 |
| A-2 | William A. Parsons, etc. v. Alaksa Airlines, | N.D.Cal. | C-72-546-PMH | | | 6/76 | CV75-2138 |
| A-3 | Larry A. Peak v. Alaksa Airlines | N.D.Cal. | C-71-1918-PMH | | | | CV75-2136 |
| A-4 ✓ | Juanita Hartland v. Alaska Airlines, et al. | N.D.Cal. | C-71-1730-PMH | | | | CV75-2137 |
| A-5 ✓ | Patricia Hartland v. Alaska Airlines, et al. | N.D.Cal. | C-71-1730-PMH | | | | CV75-2133 |
| A-6 ✓ | Tracy Christine Hartland v. Alaska Airlines, et al. | N.D.Cal. | C-71-1861-PMH | | | | CV75-2134 |
| A-7 | Robert E. Rothberger, Sr., etc. v. Alaska Airlines, Inc., et al. | Alaska | J-4-72 | 11/17/72 | 72-2226 | | CV75-2142 |
| B-1 | Cheryl Ellen Null v. United States of America | W.D. Washington | 390-72C2 | 11/17/72 | C-72-2156 | Closed OSC 6/20/77 | CV75-2141 |

§1404(a) transfer by Judge Hall on 8/31/73

DOCKET NO. 107 (CONTINUED)  PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | Karel D. Adams, etc. v. United States, et al. /72 | W.D.Wash. | 563-72C2 | 12/7/72 | 72-2336 | ✶ Closed | CV75-3148 |
| C-2 | Errol D. Beach, etc. v. United States, et al. 11/21/72 | W.D.Wash. | 564-72C2 | 12/7/72 | 72-2335 | ✶ Closed | CV75-3147 |
| C-3 | Richard C. Johnson, etc. v. United States, et al. 11/21/72 | W.D.Wash. | 566-72C2 | 12/7/72 | 72-2334 | ✶ Closed | CV75-3146 |
| C-4 | Medora I. Kessner, etc. v. United States, et al. 11/21/72 | W.D.Wash. | 567-72C2 | 12/7/72 | 72-2333 | ✶ Closed | CV75-3145 |
| C-5 | Leonard R. Hilla, etc. v. United States, et al. 11/30/72 | W.D.Wash. | 568-72C2 | 12/7/72 | 72-2332 | ✶ Closed | CV75-3144 |
| C-6 | Arlene L. Berg, etc. v. United States, et al. 11/21/72 | W.D.Wash. | 672-72C2 | 12/7/72 | 72-2331 | ✶ Closed | CV75-3143 |
| C-7 | Dorothy M. Zerck, etc. v. United States 11/21/72 | W.D.Wash. | 647-72C2 | 12/13/72 | 72-2351 | ✶ Closed | CV75-3151 |
| C-8 | Harold Phillips, etc. v. United States (Frank Sabuco) 11/21/72 | W.D.Wash. | 676-72C2 | 12/13/72 | 72-2352 | ✶ Closed | CV75-3152 |
| C-9 | Farrol Mills, etc. v. United States (Richard V. Lane) 11/21/72 | W.D.Wash. | 677-72C2 | 12/13/72 | 72-2353 | ✶ Closed | CV75-3153 |
| C-10 | Farrol Mills, etc. v. United States (Elva Lane) 11/21/72 | W.D.Wash. | 678-72C2 | 12/13/72 | 72-2354 | ✶ Closed | CV75-3154 |
| C-11 | Farrol Mills, etc. v. United States (Sandy Bill Lane) 11/21/72 | W.D.Wash. | 679-72C2 | 12/13/72 | 72-2355 | ✶ Closed | CV75-3155 |
| C-12 | Harold Phillips, etc. v. United States (Christopher Phillips) 11/21/72 | W.D.Wash. | 680-72C2 | 12/13/72 | 72-2356 | ✶ Closed | CV75-3166 |
| C-13 | Barbara A. Sanborn, etc. v. United States, et al. 11/21/72 | W.D.Wash. | 711-72C2 | 12/13/72 | 72-2350 | ✶ Closed 6/14/73 | CV75-3150 |

§1404(a) transfer by Judge Hall on 8/31/73

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-14 | Margaret Kauzor, etc. v. Alaska Airlines, et al. | C.D.Cal. | 72-2090-PH | 12/13/72 | 73-38 | 5/3/74 | 72-2090 1/4/73 |
| C-15 | Patricia Hartland, etc. v. Alaska Airlines, et al. 11/21/72 | C.D.Cal. | 72-2386-PH | 12/13/72 | 73-37 | Closed | 72-2386 1/4/73 |
| C-16 | Martin F. Ryan, etc. v. Alaska Airlines, Inc., et al. 11/27/72 | Alaska | J-11-72 | 12/13/72 | 73-23 | Closed | CV75-2157 |
| C-17 | Martin F. Ryan, etc. v. Alaska Airlines Inc., et al. 11/27/72 | Alaska | J-10-72 | 12/13/72 | 73-24 | Closed | CV75-2158 |
| C-18 | R. E. Geer, etc. v. Alaska Airlines Inc., et al. 11/27/72 | Alaska | J-13-72 | 12/13/72 | 73-25 | Closed | CV75-2159 |
| C-19 | Clifford Hulk, etc. v. Alaska Airlines, Inc., et al. 11/27/72 | Alaska | J-14-72 | 12/13/72 | 73-26 | Closed | CV75-2160 |
| C-20 | Central Trust Co., etc. v. Alaska Airlines, Inc., et al. 11/27/72 | Alaska | J-15-72 | 12/13/72 | 73-27 | Closed | CV75-2161 |
| C-21 | Clifford Hulk, etc. v. Alaska Airlines, et al. 11/27/72 | Alaska | J-16-72 | 12/13/72 | 73-28 | Closed | CV75-2162 |
| C-22 | John G. Hagmeier, etc. v. United States of America, et al. 11/27/72 | Alaska | J-19-72 | 12/13/72 | 73-30 | Closed | CV75-2164 |
| C-23 | Airlie C. Bruce, etc. v. United States of America, et al. 11/27/72 | Alaska | J-21-72 | 12/13/72 | 73-134 | Closed | CV75-2166 |
| C-24 | John G. Hagmeier, etc. v. United States of America, et al. 11/27/72 | Alaska | J-20-72 | 12/13/72 | 73-133 | Closed | CV75-2165 |
| C-25 | Central Trust Co., etc. v. Alaska Airlines, Inc., et al. 11/27/72 | Alaska | J-17-72 | 12/13/72 | C-73-29 | Closed | CV75-2163 |
| C-26 | Barbara Ann Carson, etc. v. United States of America 11/27/72 | W.D.Wash | 549-72C2 | 12/13/72 | 72-2349 | Closed | CV75-2149 |
| C-27 | Martha Susan Golub, etc. v. United States of America 12/7/72 | Alaska | J-23-72 | 12/29/72 | 73-136 | Closed | CV75-2167 |

§1404(a) transfer [illegible] 12/30/72 [illegible] on 5/31/73

DOCKET NO. 107 (CONTINUED)       PAGE 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-28 | Patricia Hartland, etc. v. Alaska Airlines, et al. 11/19/73 | C.D. Cal Hall | 72-2602-PH | 2/6/73 | 73-337 | Closed | 2/23 72-2602 |
| C-29 | Ralph Southerland and Vernice Southerland, et al. v. Alaska Airlines *see P. 6 — consolidated action* | D. Alaska Hall | 55-73 | 7/5/73 | C-73-1250 | Closed | CV75-2171 |
| C-30 | Alaska Airlines v. Juanita Hartland, et al. 4/20/73 | D. Alaska Hall | A-64-73Civ | 5/8/73 | C-73-822 | Closed 11/6/73 | CV75-2169 |
| C-31 | Beatrice A. Severson, etc. v. United States of America 5/3/73 | W.D. Wash | 276-73C2 | 5/21/73 | C-73-877 | Closed | CV75-2170 |
| C-32 | Patricia A. Cornelius, etc. v. Alaska Airlines, Inc., et al. *33 transfer to 6/30/73* | S.D.Cal / N.Cal | 72-354-GT / C-73-0619 | 1404(a) 5/5/73 1407 → 6/14/73 | J. Thompson C-73-619 | 4/30/74 | CV75-2168 |
| XYZ-1 | Mart C. Rude, et al. v. Alaska Airlines, et al. | N.D. Calif | 72-1587-PH | | | Closed | CV75-2139 |
| XYZ-2 | Alaska Airlines, Inc. v. U. S. | N.D.Cal | 73-1564-PH | | | | CV75-2179 |
| XYZ-3 | Phyllis A. Smith, et al. v. U. S. A. | N.D.Cal | 73-1629 | | | Closed | CV75-2180 |
| XYZ-4 | Larry A. Peak v. U.S.A. | N.D.Calif | 73-1652-PH | | | Closed | CV75-2182 |
| XYZ-5 | Nile Smith, et ux. v. Alaska Air. | N.D.Cal. | 73-1252-PH | | | Closed 11/6/73 | CV75-2173 |
| XYZ-6 | Victoria L. McFall v. Alaska Air. | N.D.Cal. | 73-1251-PH | | | 11/6/73 | |
| C-33 | Cheryl Ellen Null, etc. v. Collins Radio Co., Inc. 7/10/73 | W.D. Wash | 408-73C2 7/27/73 | 11/27/73 | C-73-1399 | Closed 12/12/73 | CV75-2178 |
| C-34 | Cheryl Ellen Null, etc. v. Alaska Airlines 8/14/73 | W.D. Wash | 459-73C2 | 8/30/73 | 73-1643 | Closed | CV75-2181 |
| C-35 | Harvard Brown, et al. v. Alaska Airlines 8/22/73 | Alaska Hall | N-3-73 Civ | 9/7/73 | C-73-1670 | Closed | CV75-2183 |
| C-36 | Harvard Brown, et al. v. Collins Radio Co. 9/19/73 | W.D.Wash | 502-73C2 | 10/5/73 | 73-1893 | Closed | CV75-2186 |

§1404(a) Transfer by Judge Hallen 8/31/73

DOCKET NO. 107 (CONTINUED)      PAGE 5

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-37 | Dorothy M. Zerck, etc. v. Alaska Airlines 9/19/73 | W.D.Wash | 533-73C2 | 10/5/73 | C73-1591 | Closed | |
| C-38 | Dorothy M. Zerck, etc. v. Collins Radio Co. 9/19/73 | W.D.Wash | 534-73C2 | 10/5/73 | C73-1592 | Closed | C-75-2185 |
| C-39 | Patricia A. Cornelius, etc. v. U.S.A. 9/19/73 | S.D.Cal | 73-339-T | 10/5/73 | | Closed | C-75-2214 |

---

C-29 is a consolidated action which includes the following (to be counted separately for statistical purposes) *(count transferred actions)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Victoria L. McFall, etc. v. Alaska Airlines, Inc. (Ala., No. A-55-73) | | C-73-1251-PMH | | | Closed | |
| | Nile Smith, etc. v. Alaska Airlines, Inc. (Alaska, No. A-55-73) | | C-7301252-PMH | | | Closed | |
| | Agnes Nichols, etc. v. Alaska Airlines, Inc. (Alaska, No. A-55-73) | | C-73-1253-PMH | | | Closed | |
| | Elizabeth Cordle, etc. v. Alaska Airlines (Alaska, No. A-55-73) | | C-73-1255-PMH | | | Closed | |
| | Sylvia A. Meeks, etc. v. Alaska Airlines (Alaska, No. ~~C-73-1254~~) | | C-73-1254-PMH | | | Closed | |
| | Amos Lane, etc. v. Alaska Airlines, Inc. (Alaska, No. A-55-73) | | C-73-1256-PMH | | | Closed | |

DOCKET NO. 107 (CONTINUED)     PAGE **6**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-40 | Walter Morris, Adm. v. Alaska Airlines, Inc., 11/13/73 | Alaska | N-4-73 | 11/29/73 | C-73-2292 | 2/18/75 Closed | CV75-2187 |
| C-41 | Elizabeth Cordle, Adm. v. Collins Radio Co., et al. 11/13/73 | Alaska | A-152 73 Civ. | 11/29/73 | 73-2293 | Closed | CV75-2188 |
| C-42 | James J. Flood, v. Alaska Airlines et al. 12/10/73 | Alaska | A-143-73 | 12/26/73 | 74-115 | Closed | CV75-2191 |
| C-43 | Mart C. Rude v. Alaska Airlines, et al 12/10/73 | Alaska | A-140-73 | 12/24/73 | 74-113 | Closed | CV75-2189 |
| C-44 | Judith A. Walter v. Alaska Airlines 12/10/73 | Alaska | A-142-73 | 12/24/73 | 74-114 | Closed | CV75-2190 |
| | 52 cases as of 12/31/73 | | | | 74-236 | Closed | CV75-2192 |
| C-45 | Airlie C. Bruce, etc. v. Alaska Airlines 1/4/74 | Alaska | A-184-73 | 1-22-74 | | | |
| C-46 | John G. Hagmeier, v. Alaska Airlines 1/4/74 | Alaska | A-185-73 | 1-22-74 | 74-237 | Closed | CV75-2193 |
| C-47 | John G. Hagmeier v. Alaska Airlines 1/4/74 | Alaska | A-186-73 | 1-22-74 | 74-238 | Closed | CV75-2194 |
| C-48 | Harvard Brown, etc. v. United States of America 2/6/74 | Alaska | N74-1 | 2/22/74 | → | Closed | CV75-2195 |
| C-49 | James J. Flood v. United States of America 2/21/74 | Alaska | A-74-9 | 3/11/74 | → | Closed 8/8/77 | 75-2196 |
| C-50 | Fireman's Fund Insurance Co. etc. v. United States of America, et al. 5/14/74 | C.D. Cal. | 73-3025-F | 5/30/74 | 74-1217 | Closed | |

58 cases as of 6/30/74

Verified correct by the Clerk 5/9/75

Transfer: 58 / XYZ cases 13 / 70 / Dis 40 / Pending 30

Same July 1976 Verified

July 1977 / 70 / (63) dis / 7 Pdg

DOCKET NO. 107 (CONTINUED)     PAGE 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-14 | Margaret Kauzor, etc. v. Alaska Airlines, et al. | C.D.Cal. | 72-2090-PH | 12/13/72 | 73-38 | 5/3/74 | |
| C-15 | Patricia Hartland, etc. v. Alaska Airlines, et al. 11/21/72 | C.D.Cal. | 72-2386-PH | 12/13/72 | 73-37 | Closed | |
| C-16 | Martin F. Ryan, etc. v. Alaska Airlines, Inc., et al. 11/27/72 | Alaska | J-11-72 | 12/13/72 | 73-23 | Closed | CV75-2157 |
| C-17 | Martin F. Ryan, etc. v. Alaska Airlines Inc., et al. 11/27/72 | Alaska | J-10-72 | 12/13/72 | 73-24 | Closed | CV75-2158 |
| C-18 | R. E. Geer, etc. v. Alaska Airlines Inc., et al. 11/27/72 | Alaska | J-13-72 | 12/13/72 | 73-25 | Closed | CV75-2159 |
| C-19 | Clifford Hulk, etc. v. Alaska Airlines, Inc., et al. 11/27/72 | Alaska | J-14-72 | 12/13/72 | 73-26 | Closed | CV75-2160 |
| C-20 | Central Trust Co., etc. v. Alaska Airlines, Inc., et al. 11/27/72 | Alaska | J-15-72 | 12/13/72 | 73-27 | Closed | CV75-2161 |
| C-21 | Clifford Hulk, etc. v. Alaska Airlines, et al. 11/27/72 | Alaska | J-16-72 | 12/13/72 | 73-28 | Closed | CV75-2162 |
| C-22 | John G. Hagmeier, etc. v. United States of America, et al. 11/27/72 | Alaska | J-19-72 | 12/13/72 | 73-30 | Closed | CV75-2164 |
| C-23 | Airlie C. Bruce, etc. v. United States of America, et al. 11/27/72 | Alaska | J-21-72 | 12/13/72 | 73-134 | Closed | CV75-2166 |
| C-24 | John G. Hagmeier, etc. v. United States of America, et al. 11/27/72 | Alaska | J-20-72 | 12/13/72 | 73-133 | Closed | CV75-2165 |
| C-25 | Central Trust Co., etc. v. Alaska Airlines, Inc., et al. 11/27/72 | Alaska | J-17-72 | 12/13/72 | C-73-29 | Closed | CV75-2163 |
| C-26 | Barbara Ann Carson, etc. v. United States of America 11/27/72 | W.D.Wash | 549-72C2 | 12/13/72 | 72-2349 | Closed | CV75-2149 |
| C-27 | Martha Susan Golub, etc. v. United States of America 12/7/72 | Alaska | J-23-72 | 12/29/72 | 73-136 | Closed | CV75-2167 |

§1404(a) transfer

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | LIAISON COUNSEL<br> Donald W. Madole, Esq.<br> Speiser, Shumate, Geoghan,<br>   Krause & Madole<br> 851 National Press Building<br> Washington, D. C.  20004<br><br>James Bradley, Esq.<br> Robertson, Monagle, Eastaugh<br>   & Bradley<br> P.O. Box 1211<br> Juneau, Alaska | UNITED STATES OF AMERICA<br> John G. Laughlin, Esq.<br> Chief, Tort Section<br> Department of Justice<br> Washington, D. C.  20530<br>   DO NOT OPEN IN MAILROOM --<br>   DELIVER IMMEDIATELY<br><br>ALASKA AIRLINES<br> William P. Butler, Esq.<br> Lord, Bissell & Brook<br> 135 South LaSalle Street<br> Chicago, Illinois  60603<br><br>COLLINS RADIO CO.<br> W. B. Patterson, Esq<br> Jackson, Walker, Winstead,<br>   Cantwell & Miller<br> 4300 First National Bank Bldg.<br> Dallas, Texas  75202<br><br>BOEING COMPANY<br> Keith Gerrard, Esq.<br> Perkins, Coie, Stone Olsen &<br>  Williams<br> 1900 Washington Building<br> Seattle, Washington  98101<br><br>JEPPESEN CO.<br> Hugh A. McClure, Esq.<br> 17th Floor Hoge Bldg.<br> Seattle, Wash.  98104 |
| C-34 | ~~Krutch (Same as D-1)~~ | |
| C-35 | ~~Paul & Paul~~ *Frederick*<br>~~260 Grand Central on the Park~~<br>216 First Avenue South<br>~~Seattle, Washington  98104~~ | |
| C-36 | Same as C-35 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Counsel of Record*

DESCRIPTION OF LITIGATION

DOCKET NO. 107 -- IN RE AIR CRASH DISASTER AT JUNEAU, ALASKA ON SEPTEMBER 4, 1971

| No. | Plaintiff | Defendant |
|---|---|---|
| | | UNITED STATES OF AMERICA<br>John G. Laughlin, Esquire<br>Chief, Tort Section<br>Department of Justice<br>Washington, D.C. 20530<br>   DO NOT OPEN IN MAILROOM --<br>   DELIVER IMMEDIATELY<br><br>James L. Browning, Jr., Esquire<br>United States Attorney<br>450 Golden Gate Avenue<br>San Francisco, California 94102<br>  Attn: Brian Denton, Esquire<br>      Asst. U.S. Attorney |
| A-1 | Arthur H. Connolly, Jr., Esquire<br>Gerald J. O'Connor, Esquire<br>Sullivan, Roche & Johnson<br>20th Floor - Mills Tower<br>220 Bush Street<br>San Francisco, California 94104 | Edwin W. Green, Esquire<br>Bronson, Bronson & McKinnon<br>Bank of America Center<br>San Francisco, California 94104 |
| A-2 | Gerald C. Sterns, Esquire<br><s>Paul V. Melodia</s><br>Walkup, Downing, Sterns & Poore<br>650 California St., 30th Floor<br>San Francisco, California 94108 | |
| A-3<br>A-4<br>A-5<br>A-6 | Belli, Ashe, Ellison, Choulos & Lieff<br>The Belli Building<br>722 Montgomery Street<br>San Francisco, California 94108 | |
| A-7 | Faulkner, Banfield, Doogan, Gross & Holmes<br>311 Franklin Street<br>Juneau, Alaska 99801 | [scribbled out]<br>T. B. Bradley, Esquire<br>Robertson, Monagle, Eastaugh & Bradley<br>Post Office Box 1200<br>Juneau, Alaska 99801 |

| No. | Plaintiff | Defendant |
|---|---|---|
|  | FOLLOWING WERE SERVED WITH A COPY OF THE MOTION BUT WERE NOT DESIGNATED AS TO THE PARTIES THEY REPRESENT | |
|  | Cedric Vogel & Associates<br>1904 Carew Tower<br>Cincinnati, Ohio  45202 | KEITH GERRARD<br>~~J. Paul Coie~~<br>Perkins, Coie, Stone, Olsen & Williams<br>Washington Building<br>Seattle, Washington  98101 |
|  | Paul L. Strittmatter, Esquire<br>210 Masonic Building<br>Hoquiam, Washington  98550 | |
|  | Donald W. Madole, Esquire<br>Speiser, Shumate, Geoghan, Krause & Madole<br>851 National Press Building<br>Washington, D. C.  20004 | app for plt<br>Ritagritee |
|  | Paul Williams, Esquire<br>143 Fifth Avenue North<br>Edmonds, Washington  98020 | |
|  | Vernon T. Judkins, Esquire<br>13410 Highway 99 South<br>Everett, Washington  98204 | |
|  | Clodfelter, Lindell & Carr<br>1500 I.B.M. Building<br>Seattle, Washington  98101 | |
|  | William P. Butler, Esquire<br>Lord, Bissell & Brook<br>~~Suite 2400 & 2500~~<br>~~The Field Building~~<br>135 South LaSalle Street<br>Chicago, Illinois  60603 | app for Alaska Airlines |
|  | W. B. Patterson, Esquire<br>Jackson, Walker, Winstead, Cantwell & Miller<br>43rd Floor, First Nat'l Bank Bldg.<br>Dallas, Texas  75202 | app for Collins Radio Co. |
|  | James T. Hurst, Esquire<br>Maloney, Chase, Fisher & Hurst<br>465 California Street<br>San Francisco, California  94104 | |
| B-1 | Richard F. Krutch, Esq.<br>Lindell and Carr<br>1500 IBM Building<br>Seattle, Washington  98101   app | Stanley Pitkin, Esquire<br>U. S. Attorney<br>U. S. Courthouse<br>1010 5th Avenue<br>Seattle, Washington  98104 |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 107 -- In re Air Crash Disaster at Juneau, Alaska on September 4, 1971

| Plaintiff | Defendant |
|---|---|
| ALI AUNALLA, ETC. (A-1)<br>    Arthur H. Connolly, Jr., Esquire<br>    Gerald J. O'Connor, Esquire<br>    Sullivan, Roche & Johnson<br>    20th Floor - Mills Tower<br>    200 Bush Street<br>    San Francisco, California 94104 | UNITED STATES OF AMERICA<br>    John G. Laughlin, Esquire<br>    Chief, Tort Section<br>    Department of Justice<br>    Washington, D. C. 20530<br>        DO NOT OPEN IN MAILROOM--<br>        DELIVER IMMEDIATELY |
| WILLIAM A. PARSONS, ETC. (A-2)<br>    Gerald C. Sterns, Esquire<br>    Walkup, Downing, Sterns & Poore<br>    650 California St., 30th Floor<br>    San Francisco, California 94108 | ALASKA AIRLINES<br>    William P. Butler, Esquire<br>    Lord, Bissell & Brook<br>    135 South LaSalle Street<br>    Chicago, Illinois 60603 |
| LARRY A. PEAK (A-3)<br>JUANITA HARTLAND (A-4)<br>PATRICIA HARTLAND (A-5)<br>TRACY CHRISTINE HARTLAND (A-6)<br>    Belli, Ashe, Ellison, Choulos & Lieff<br>    The Belli Building<br>    722 Montgomery Street<br>    San Francisco, California 94108 | COLLINS RADIO COMPANY<br>    W. B. Patterson, Esquire<br>    Jackson, Walker, Winstead, Cantwell<br>        & Miller<br>    4300 First National Bank Bldg.<br>    Dallas, Texas 75202 |
| ROBERT E. ROTHBERGER, SR., ETC. (A-7)<br>    Donald W. Madole, Esquire<br>    Speiser, Shumate, Geoghan, Krause<br>        & Madole<br>    851 National Press Building<br>    Washington, D.C. 20004 | BOEING COMPANY<br>    KEITH GERRARD [handwritten, over struck-through "J. Paul Coie"], Esquire<br>    Perkins, Coie, Stone, Olsen &<br>        Williams<br>    1900 Washington Building<br>    Seattle, Washington 98101 |
| CHERYL ELLEN NULL (B-1)<br>    Richard F. Krutch, Esquire<br>    Lindell and Carr<br>    1500 IBM Building<br>    Seattle, Washington 98101 | |
| James Bradley, Esquire<br>Robertson, Monagle, Eastaugh & Bradley<br>P.O. Box 1211<br>Juneau, Alaska | |

(over)

| Plaintiff | Defendant |
|---|---|
| C-1 ~~Jack M. Whitmore (C-1)~~ | |
| C-1  Lawrence J. Galardi, Esquire<br>Magana & Cathcart<br>1800 Avenue of the Stars, Suite 830<br>Los Angeles, California  90067 | JEPPESEN CO.<br><br>Hugh A. McClure, Esquire<br>17th Floor Hoge Bldg<br>Seattle, Washington  98104 |
| C-2  Same as C-1 (Galardi)<br><br>~~Carl A. Jonson, Esquire<br>400 Central Building<br>Seattle, Washington  98104~~ | COLLINS RADIO<br><br>Richard Allen<br>Randolph Petgrave<br>1700 Washington Building<br>Seattle, Washington  98101 |
| C-3  Same as C-1 (Galardi)<br><br>~~G. E. Craig Doupe, Esquire<br>Kenmore Village<br>Kenmore, Washington  98028~~ | |
| C-4  Same as C-1 (Galardi)<br>~~C-5~~<br><br>~~James Hubbard, Esquire<br>Hubbard & Burns<br>225 Queen Ann Avenue North<br>Seattle, Washington  98109~~ | |
| C-6  Same as C-1 (Galardi)<br><br>~~Jack M. Whitmore, Esquire<br>Whitmore, Powers & Ishikawa<br>Hoge Building<br>Seattle, Washington  98104~~ | |
| C-7  Vernon T. Judkins, Esquire<br>Judkins and Jones<br>13410 Highway 99 South<br>Everett, Washington  98204 | |
| C-8  Paul L. Stritmatter, Esquire<br>thru Stritmatter & Stritmatter<br>C-12 210 Masonic Building<br>Hoquiam, Washington  98550 | |
| C-13 Paul M. Williams, Esquire<br>Williams, Strong, Thomson & Cole<br>143 Fifth Avenue North<br>Edmonds, Washington  98020 | |
| C-14 Ned Good, Esquire<br>C-15 727 West 7th St., Suite 1127<br>Los Angeles, California  90017 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 107 -- IN RE AIR CRASH DISASTER AT JUNEAU ALASKA ON SEP. 4, 1971

Page 3

| No. | Plaintiff | Defendant |
|---|---|---|
| C-16 thru C-22 t C-25 | James B. Bradley, Esq.<br>Robertson, Mongle, Eastaugh & Bradley<br>P.O. Box 1211<br>Juneau, Alaska 99801<br><br>Same as A-7 (Madole) | COLLINS RADIO (C-16 - C-17) + C-25<br>D. A. Burr, Esq.<br>Burr, Pease & Kurtz, Inc.<br>825 W. Eight Ave.<br>Anchorage, Alaska 99501<br><br>ALASKA AIRLINES C-16 - C-22)<br>Allan Engstrom<br>Davidson, Engstrom & Evans<br>201 NBA Bldg.<br>Juneau, Alaska 99801 |
| C-23 C-24 | F. M. Doogan, Esq.<br>Faulkner, Banfield, Doogan, Gross & Holmes<br>Suite 201<br>311 Franklin St.<br>Juneau, Alaska 99801 | U. S. ATTORNEY (ALASKA)<br><br>G. Kent Edwards, Esquire<br>U. S. Attorney<br>Federal Office Building<br>4th and G Streets<br>Box 680<br>Anchorage, Alaska |
| C-26 | Richard H. Jones, Esq.<br>1819 H Street N.W.<br>Washington, D. C. 20006<br><br>and<br><br>Richard A. Satterberg, Esq.<br>1616 S. W. Roxbury St.<br>Seattle, Wash. 98106 | U. S. ATTORNEY (W.D. WASH)<br><br>Bruce D. Carter<br>Asst. U. S. Attorney<br>U. S. Courthouse<br>1010 5th Ave.<br>Seattle, Wash. 98104 |
| C-27 | Douglas L. Gregg, Esquire<br>Gregg, Kohls, Schulz & Fraties<br>Shattuck Bldg.<br>319 Seward Street<br>Juneau, Alaska 99801<br><br>Nichols, Williams, Morgan & DiGardi<br>Attorneys at Law<br>616 Central Bldg<br>14th & Broadway<br>Oakland, California 94612 | COLLINS RADIO (C-26)<br><br>Richard F. Allen<br>Randolph Petgrave<br>1700 Washington Bldg.<br>Seattle, Washington |
| C-28 | Same as C-14- | |

| No. | Plaintiff | Defendant |
|---|---|---|
| C-37<br>C-38 | Vernon T. Judkins, Esquire<br>Judkins and Jones<br>13410 Highway 99 South<br>Everett, Washington  98204 | |
| C-39 | Max B. Ruffcorn, Jr.<br>1020 Prospect St.<br>P.O. Box 57<br>La Jolla, Calif.  92037 | |
| C-40 | C. R. Kennelly, Esq.<br>415 L Street<br>Anchorage, Alaska  99501 | |
| C-41 | Francis E. Smith, Jr., Esq.<br>Ely, Guess, Rudd & Havelock<br>Suite 400<br>1016 West 6th Ave.<br>Anchorage, Alaska  99501 | Burr, Pease & Kurtz<br>825 W. Eighth Ave.<br>Anchorage, Alaska |
| C-42 | Robert L. Richmond, Esq.<br>Atkinson, Conway, Yong, Bell &<br>   Gagnon, Inc.<br>P.O. Box 159<br>Anchorage, Alaska  99501 | |
| C-43 | Edward J. Reasor, Esq.<br>525 Third Ave. Suite 211<br>Anchorage, Alaska  99501 | |
| C-44 | H. Russel Holland, Esq.<br>Risher M. Thornton, III, Esq.<br>508 West Sixth Avenue<br>Anchorage, Alaska  99501 | |
| C-45<br>C-46<br>C-47 | F. M. Doogan, Esquire<br>Faulkner, Banfield, Doogan,<br>   Cross & Holmes<br>Suite 201<br>311 Franklin St.<br>Juneau, Alaska  99801 | |
| C-48 | Paul (Same as C-35) | |
| C-49 | Joseph L. Young, Esq.<br>  Atkinson, etc. (Same as C-42) | |
| C-50 | Robert D. Brill, Esquire<br>Brill, Hunt, DeBuys & Burby<br>510 S. Spring Street<br>Los Angeles, Calif.  90013 | |

p. \_\_\_\_\_

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 107 -- JUNEAU, ALASKA AIR CRASH ON SEPTEMBER 4, 1971

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ALASKA AIRLINES, INC. | A-1 thru A-7; C-14, C-15, C-16, C-17, C-18, C-19, C-25, C-20, C-21, C-29, C-30, C-32, C-34, C-37, C-40, C-42, C-43, C-44, C-45, C-46, C-47 |
| BOEING COMPANY | A-3; A-4; A-5; A-6; C-14, C-15, C-36, C-41; C-43 |
| UNITED STATES (3d-pty def.) | A-1 thru A-7; C-1 thru C-6; C-7 thru C-13, C-19, C-20, C-21, C-22, C-23, C-24, C-25, C-26-C-31, C-39, C-48. |
| COLLINS RADIO CO. (3d-pty def.) | A-1 thru A-7; C-1 thru C-6; C-13, C-16, C-17, C-18, C-19, C-20, C-21, C-22, C-23, C-24, C-25, C-26, C-32, C-33, C-35, C-38, C-41, C-42. |
| Jeppesen Co. | C-1 thru C-6, C-41, C-42, |
|  |  |
|  |  |
|  |  |
|  |  |